UNITED STATED DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRANDON LAMONT BATTEE,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br><br>FIRST ENERGY CORP.,<br><br>　　　　　　　　　Defendants. | Case No.: 2:21-cv-17830-JXN-MAH<br><br>*(Filed Electronically)*<br><br>**JOINT STIPULATION AND ORDER**<br>**FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: December 20, 2021

　　　　　　　　　　　　　　　　　　　　**DAWKINS & WARRINGTON LAW GROUP**

　　　　　　　　　　　　　　　　　　　　/s/ Clifford D. Dawkins, Jr.
　　　　　　　　　　　　　　　　　　　　Clifford D. Dawkins, Esq. (ID. NO.: 164792015)
　　　　　　　　　　　　　　　　　　　　239 New Road, Suite B205
　　　　　　　　　　　　　　　　　　　　Parsippany, NJ 07054
　　　　　　　　　　　　　　　　　　　　T: (201) 919-5458
　　　　　　　　　　　　　　　　　　　　Cliff@DawkinsWarrington.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

Dated:

　　　　　　　　　　　　　　　　　　　　David Farkas, Esq.
　　　　　　　　　　　　　　　　　　　　Sr Corporate Counsel
　　　　　　　　　　　　　　　　　　　　FirstEnergy Corp.
　　　　　　　　　　　　　　　　　　　　76 South Main
　　　　　　　　　　　　　　　　　　　　Akron, OH 44308

## ORDER

The stipulation is approved. The entire action, including any claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Date  12/21/2021

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge